FILED BY __CGA__
Nov 2, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: __18-14451-CIV-ROSENBERG/MAYNARD__

__David L. Harris, pro se__
(Write the full name of the plaintiff)

vs. __The School Board of St Lucie County__
__Angela patton (principal)__
__Natalie Williams__

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **Party Information**

cat/div __448/FORT PIERCE__
Case # __2:18cv14451__
Judge __ROSENBERG__ Mag __MAYNARD__
Motn Ifp __✓__ Fee pd $ __none__
Receipt # __none__

A. Plaintiff: __David L. Harris, pro se__

Address: __1907 Ave "P" Ft. pierce, Fla 34950__

Inmate/Prison No.: _____

Year of Birth: __1962__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __The School Board of St. lucie county__  Defendant: __Angela patton__

Official Position: __Administration__  Official Position: __principal__

Place of Employment: __School Board__  Place of Employment: __ST. lucie Elementary__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

B. Cont. "Additional Defendant"

Defendant: Natalie Williams

Official position: Teacher

Place of Employment: ST. Lucie Elementary School

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On March 27, 2018, I, David L. Harris filed his parent complaint form informing and placing School Staff on Notice that My son — Minor Child — T.C. is a Mentally Challenged Student with a Mental Disability Was being directly and Indirectly Subjected to unwanted and unwelcomed Harassment, Verbal taunts and Abuse by his peers (classmates). That he (My son T.C. hereinafter referred to as either T.C.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I request safe, secure Environment whereby "My son" T.C. can obtain an Education free of fear of Bullying, an Environment which is free of those who are deliberately Indifferent to his Mental Disabilities. plaintiff sues Defendants The School Board of St. Lucie County, and Mrs. Angela Patton for Damages at the Amount of $50,000 fifty Thousand Dollars, excluding Court costs and other fees if Applicable or Appropriate.

or "My Son", was openly and publicly being Bullied; both, physically (slaps in the back of the Neck) and verbally while in his classroom setting. This also appears to be a type of Elementary hazing Incident which my child was being subjected to while supervised by his teacher Mrs. Natalie Williams. Such "Bullying", "taunts", "Abuse" <u>Disrupted My Son's ability to Learn, Disrupted the School function, the school's Environment</u>. My Son was subjected to "teasing", unwanted physical contact. The peers (classmates of My son did not honor his space nor respect his feelings or wishes when asked by My Son to stop. My Son T.C. has a right to be educated in a safe, respectful environment free of Discrimination based on his "Mental Disability", his Education should not be Impeded nor disrupted. According to a report made by T.C.'s Teacher Mrs. Natalie William to T.C.'s Mental Health Counsellor, My Son T.C. had regularly been harassed, teased, joked on, jeered at; called Names and subjected to verbal abuse for Approximately one year while the staff and Administration failed to Notify us (The child's parents of even one Incident of such harassment and bullying). Over a year "My Son" has been subjected to both, physical and verbal abuse by his peers

with little or no School or Administrative Intervention to protect My son from such unwanted harassment. My son should not have been forced to try and learn in such an Environment for not even one Day, but The Harrasment of "My son" has continued for at least a year (1year). T.C. was regularly, physically Attacked against his will.

My Son is only Eleven (12) years old, and he threatened to run away rather than be forced to Go back to School, return to class; T.C. States: My Teacher, won't stop them from picking on Me, and calling me Names." T.C. further, States, "that's why I dont want to Go to school; that's why I'm Gonna run away!" My son now feels Socially Excluded from his classmates (peers). Such acts by peers appears to be directed towards My son T.C. for only the following reasons. a. To Demean, Dehumanize, Embarrass

B. or Cause Emotional or physical harm which he do not desire to be subjected to, due to his Mental Disability while in school...

"Bullying" Deliberate Indifference
1. The School board failed in its obligation to protect "My son" T.C. from all unwelcomed or unwanted acts of Bullying, Harassment, Jesture, teasing or Intimidation. Through the School Board's failure to act. created an unsafe, unwanted Learning

environment which makes it almost Impossible for my Son to learn. The School Board has policies in place which obligates them (The School Board, hereinafter referred to as "The Board". The Board has failed to Abide by or Enforce; in Good faith, The policy of a Safe learning Environment for "My Son". The Board failed in it's obligation in allowing "my Son" to suffer both physical and verbal Abuse at the hands of other Students; Including unwanted and repeated Insults of Name calling, such as "Do Do Monster", "Stanky", "Homeless", Etc.. This physical and verbal abuse has Emotionally harmed My Son. The School Board's fail to allow My Son a Secure Learning Environment which is afforded all other Students Subject to School policy protection, from Bullying by Jesture, Incitation, humiliation or Coercion. The School Board knew or should have known that their Acts or omissions would or Violate "My Son's" "right" to Education. Such acts or omissions Give tacit Approval, and Create an unwritten custom, practice or policy which allows open Bullying, verbal and physical abuse; and Deprives My Son T.C. Minor child of his opportunity to Obtain an EQual or fair Education free of fear. My son T.C. Minor child s being Bullied because of his Mental Disability, and he now is beginning to feel socially Excluded; he fears being publicly Humiliated and verbally abused while in class.

The School Board failed to enforce its own policy and Code of School Conduct; The Board has the responsibility of assuring child safety in accordance with it's policy; and is required to Identify and respond to Any and all acts of harassment and Bullying. The School Board was placed on "Notice", but has done nothing to Assure My Son T.C. Safety up until this Day. The Board also failed to report each unwanted act of Bullying Incidents Involving our "Child" to "us", The Parents (Shonda and David Harris).
(Deliberate Indifference)
"Failure to protect from Bullying"

2. Mrs. Angela Patton (The school principal) failed to Execute The policy Implemented by the "Board". Mrs. Angela Patton Knew or Should have Known of Each act of Bullying which repeatedly occurred for a whole year Involving My Son T.C. being Bullied in class and other places at The ST. Lucie Elementary School. Mrs. Angela Patton failed to report any prior Incidents of Bullying reported to her. Mrs. Patton (The school's principal took not one step to Notify "us" (The parents)

of T.C. Minor Child Plaintiff (T.C. parents were never informed of who or how many students were involved in the regular (repeated) acts of teasing, taunting, Harassing and Bullying of "My Son". We, The Plaintiff/parents of "The Victim" were not informed of the names or ages of the past Bullies. No Meeting or discussion between T.C.'s parents (plaintiff), teacher or Principal ever occurred, No Intervention occurred, nor was an Evaluation conducted; nor has "My Son" received any victim's help or support from any staff. Such acts or omissions amount to Deliberate Indifference.

## Deliberate Indifference
### "Bad faith, failure to protect from Bullying"

3. Mrs Natalie Williams (T.C. Minor child Teacher) knew or should known of each act of Bullying which had occurred involving T.C., the Plaintiff's Son being Bullied around in class while attending The St. Lucie Elementary School. According to T.C. Minor child "New Horizon" therapy Counsellor's Note in her report, she (the Counsellor) reports that "Mrs. Williams" informed her that T.C. Minor child was being verbally abused by his class peers while in class. Neither The principal or Teacher informed The parents of the victim (T.C. Plaintiff was not informed of who or how students

W[...] to the regular acts of teasing, taunting, harassing, and Bullying of my son. We (the parents of T.C. Minor child) were not informed of the names or ages of the past Bullies. No meeting or discussion between T.C. Minor child teacher or principal ever occurred, no intervention or evaluation was ever conducted; nor has my son received any victim's help or support from any staff. Such acts or omissions amount to Deliberate Indifference.

## "Certificate of Service"

I, David L. Harris, pro se; Hereby Certify That a true copy of the foregoing was furnished this 2nd Day of November 2018, by hand to: Clerk of The United States District Court, Southern District of Florida 101 South U.S. Hwy 1, Room #1016, Ft. pierce, Fla 34950 and also to: Anthony R. Gonzales, 3335 N.W Boca Raton Boulevard, Boca Raton, Fla 33431 RE: Student T.C. Minor Child / St. Lucie Co. Pub Schools File #: DF-6918 Claim No.: GC250-56201813601B

Sincerely: David L. Harris 11/2/18
David L. Harris, pro se
1907 Ave "P", Ft. pierce, Fla 34950
#Ph. (772) 494-3634